IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JESSICA SANDERS,<br><br>    Defendant.<br>_____/ | No. CR 08-00099 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR TERMINATION OF PROBATION PRIOR TO EXPIRATION DATE |

On February 18, 2011, Defendant Jessica Sanders filed a motion for early termination of probation prior to the expiration date. The Court took the motion under submission and indicated that opposition was due on March 2, 2011. Plaintiff has not filed an opposition. Having read the papers filed by Ms. Sanders and good cause appearing, the Court grants her motion for termination of probation prior to the expiration date.

IT IS SO ORDERED.

Dated: 9/13/2011

CLAUDIA WILKEN
United States District Judge